# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE MCEACHERN,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,**
Appellee.

Nos. 4D18-2064 and 4D18-3243

[September 10, 2020]

Consolidated nonfinal appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case Nos. CACE 10-08803.

Claire Cubbin, Fort Lauderdale, for appellant.

Jason F. Joseph and Andrea Tromberg of Tromberg Law Group, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***